IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>INTRICON CORP., PHILIP L. SMITH, NICHOLAS A. GIORDANO, MARK GORDER, RAYMOND HUGGENBERGER, SCOTT LONGVAL, KATHLEEN PEPSKI, and HEATHER RIDER,<br><br>    Defendants | Case No. 2:22-cv-01541-GAM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 14, 2022

**GRABAR LAW OFFICE**

By: /s/ Joshua H. Grabar
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*